# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PETER SAUERS,  :
    Plaintiff,  : CIVIL ACTION
      :
v.  :
      :
      :
LOWER SOUTHAMPTON  :
TOWNSHIP, et al.,  : No. 09-5364
    Defendants.  :

## ORDER

**AND NOW**, this **29th** day of **March**, **2010**, upon consideration of Defendant Lower Southampton Township's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated March 29, 2010, it is hereby **ORDERED** that:

1. The motion (Document No. 12) is **GRANTED**.

2. All federal claims are **DISMISSED**.

3. The Court declines to exercise supplement jurisdiction over the state law claims asserted except for the defamation and false light claims which are **DISMISSED**.

4. The Clerk of Court is directed to close this case statistically.

BY THE COURT:

_____
**Berle M. Schiller, J.**